```
BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
     United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>ARMANDO E. HUIZAR,<br><br>   Defendant. | 1:11-CR-00224-LJO<br><br>FINAL ORDER OF FORFEITURE |

  WHEREAS, on February 10, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Armando E. Huizar forfeiting to the United States the following property:

    a. HP Compaq Desktop Computer, bearing serial number 4CE9270DRZ; and

    b. Compact discs and DVDs.

  AND WHEREAS, beginning on February 12, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

1 parties of their right to petition the Court within sixty (60) days
2 from the first day of publication for a hearing to adjudicate the
3 validity of their alleged legal interest in the forfeited property;
4     AND WHEREAS, the Court has been advised that no third party has
5 filed a claim to the subject property and the time for any person or
6 entity to file a claim has expired.
7     Accordingly, it is hereby ORDERED and ADJUDGED:
8     1.   A Final Order of Forfeiture shall be entered forfeiting to
9 the United States of America all right, title, and interest in the
10 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of
11 according to law, including all right, title, and interest of Armando
12 E. Huizar.
13     2.   All right, title, and interest in the above-listed property
14 shall vest solely in the name of the United States of America.
15     3.   The Department of Homeland Security, Immigration Customs
16 Enforcement or Customs and Border Protection, shall maintain custody
17 of and control over the subject property until it is disposed of
18 according to law.
19
20 IT IS SO ORDERED.
21 **Dated:   June 12, 2012**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE